No. 76–579. SPENCER ET AL., DBA TED SPENCER & SONS AUTO SERVICE CENTER *v.* REDEVELOPMENT AUTHORITY OF THE CITY OF NANTICOKE. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction, it appearing that there is no final judg-

ment of the highest court of a state wherein judgment could be had as required by 28 U. S. C. § 1257.